IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA BRICKLAYERS RETIREMENT TRUST FUND<br><br>Plaintiff,<br><br>vs.<br><br>HCC, LLC and WESTERN SURETY COMPANY, BOND NO. 24779110<br><br>Defendants. | Case No. 3:12-CV-<br><br>**COMPLAINT** |

COME NOW plaintiff, by and through their attorneys, JERMAIN, DUNNAGAN & OWENS, P.C., and for their cause of action against the defendants, complain and allege as follows:

I.

INTRODUCTION

1. **Cause of Action.** This action arises under §§ 502(e)(1) and 515 of the Employee Retirement Income Security Act, as amended, 29 U.S.C. §§ 1132(e)(1) and 1145, hereinafter referred to as "ERISA."

II.

## THE PARTIES

2. **Plaintiff.** Plaintiff Trustees are the management and labor trustees of the Alaska Bricklayers Retirement Trust Fund, ("Trust Fund").

3. **Standing.** Plaintiff Trustees are entitled to bring this suit pursuant to § 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1), in their capacity as both Trustees and fiduciaries of the above-captioned Trust Fund, as those terms are defined at § 3(21) of ERISA, 29 U.S.C. § 1002(21).

4. **Defendants.** Upon information and belief, defendant HCC, LLC is an Alaska Limited Liability Company and did business in the State of Alaska at the time of the events set forth in this complaint.

5. Upon information and belief, at all times relevant to this suit, Defendant HCC, LLC was the "employer" as that term is defined at § 3(5) of ERISA, 29 U.S.C. § 1002(5).

6. Upon information and belief, defendant Western Surety Company, is a bonding company authorized to conduct business as a surety within the State of Alaska and has issued Bond No. 24779110 in favor of HCC, LLC.

III.

## FIRST CAUSE OF ACTION
## ERISA

7. Plaintiff incorporates by reference each of the allegations set forth in paragraphs 1 through 6 of this Complaint.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

8. HCC, LLC executed a compliance agreement on March 1, 2011, with the Bricklayers and Tilesetters Local Union. **Exhibit 1.** In the compliance agreement, HCC, LLC agreed to be responsible for all contributions to applicable Funds including the Retirement Fund.

9. The Agreements and § 502(g)(2) of ERISA, 29 U.S.C. § 1132(g) require Defendant HCC, LLC to pay: all costs incurred in conducting an audit of defendant's payroll records, if any; employee contributions, liquidated damages for failure to make reports and tender contributions in accordance with the terms of the Agreements; interest; reasonable attorney fees; and those costs incurred where defendant has failed to fully comply with the Agreements.

10. Plaintiff has fully performed all necessary obligations and duties under said Agreements.

11. Defendant HCC, LLC has breached the Agreement in the following respects:

   a. By failing to submit in a timely manner the reports of all hours worked by covered employees from September 2011 through the present.

   b. By failing and refusing to pay in a timely manner complete fringe benefit contributions owing to the Alaska Bricklayers Retirement Trust Fund commencing on or before September 2011, and continuing through the present, in an amount to be proven at trial.

   c. By failing to pay interest owing to the Alaska Bricklayers Trust Funds at the contract rate of 12% per annum from the date the contributions were

due until judgment, and attorney fees as prescribed by the Agreements; and

d.  By failing to pay liquidated damages owing to the Alaska Bricklayers Trust Funds at the contract rate of 4% of the delinquent payments, in an amount to be proven at trial.

IV.

SECOND CAUSE OF ACTION

12.  For its Second Cause of Action, plaintiffs incorporate by reference each of the allegations set forth in paragraphs 1 through 11 of this Complaint.

13.  HCC, LLC bound itself in the sum of $10,000.00, Bond No. 24779110 to assure payment of claims made by all persons supplying labor and materials in the prosecution of the work performed by HCC, LLC The bond was filed with the State of Alaska, as required by AS 08.18.071 for employers doing business in the State of Alaska. The surety bond's effective date was June 16, 2010.

14.  By reason of the failure of defendant HCC, LLC to pay plaintiff the amount owed for delinquent trust fund contributions, plaintiffs have a claim against defendant Western Surety Company in the sum of $10,000.00, Bond No. 24779110 with HCC, LLC pursuant to AS 08.18.071 and AS 08.18.081.

IV.

PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against the defendants as follows:

1.  That this Court order Defendant HCC, LLC, to submit to an audit of its payroll records, with HCC, LLC, to bear the costs of the audit;

2. That this Court enter a judgment against Defendants, awarding Plaintiff delinquent contributions owing as proven at trial plus interest at the applicable contract rates, the cost of an audit of the employer's records, liquidated damages, and attorney fees and costs in accordance with the terms of the Agreements; and,

3. For post-judgment interest at the maximum lawful rate, and

4. For such other and further relief as the Court deems just and equitable.

DATED this 6th day of March, 2012.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

By: s/Sarah E. Josephson
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017