IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALASKA BRICKLAYERS RETIREMENT )
TRUST FUND, )
)
                       Plaintiff, )
)
  vs. )
)
HCC, LLC, )
                                    ) No. 3:12-cv-0055-HRH
                       Defendant. )
_____)

## DEFAULT JUDGMENT

    HCC, LLC, defendant herein, having been served via its president on March 15, 2012, and defendant having failed to plead or otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of defendant having been duly entered according to law, upon the application of plaintiff, judgment is hereby entered against said defendant pursuant to the prayer of plaintiff's complaint.

    THEREFORE, IT IS HEREBY ORDERED that plaintiff have judgment for attorney fees incurred in collection of non-payment of employee benefit contributions in the amount of $2,840.50, plus costs in the amount of $479.47, for a total judgment in the amount of $3,319.97. Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

- 1 -

Let execution issue forthwith.

DATED at Anchorage, Alaska, this 5th day of June, 2012.

                                                  s/ H. Russel Holland
                                                  United States District Judge